

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Matthew A. Lawrie

**Plaintiff,**

V.

Patrick Cavello, Warden;
Rob Bonta, the Attorney General of the State of California

**Defendant.**

Civil Action No.  23-cv-01859-JO-MSB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court DISMISSES this action without prejudice to Petitioner refiling after he obtains the necessary authorization from the Ninth Circuit Court of Appeals. The motion to proceed IFP (ECF No. 2) and motion for appointment of counsel (ECF No. 3) are DENIED as moot. Further, the Court finds no certificate of appealability is warranted because Petitioner has not shown "jurists of reason" could debate or differ on whether the instant Petition is successive. See Slack, 529 U.S. at 484.

Date:  11/29/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ L. Sotelo

L. Sotelo, Deputy